UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AUM REALTY II FL, LLC and
AUM REALTY III FL, LLC,

     Plaintiffs,

v.                                                    Case No.:  2:24-cv-635-SPC-NPM

VANTAGE RISK SPECIALTY
INSURANCE COMPANY and
TOWER HILL PRIME
INSURANCE COMPANY,

     Defendants.

_____/

## **ORDER**

Before the Court is Defendant Vantage Risk Specialty Insurance Company's Notice of Removal.  (Doc. 1).  Plaintiffs brought this breach of contract action in state court, and Defendant removed to federal court, invoking diversity jurisdiction.  (Doc. 1).

"A removing defendant bears the burden of proving proper federal jurisdiction." *Leonard v. Enter. Rent a Car*, 279 F.3d 967, 972 (11th Cir. 2002). Because federal courts have limited jurisdiction, they are "obligated to inquire into subject matter jurisdiction sua sponte whenever it may be lacking." *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999).  And removal

statutes are strictly construed with doubts resolved for remand.  *Dudley v. Eli Lilly & Co.*, 778 F.3d 909, 912 (11th Cir. 2014).

In its Order to Show Cause, the Court expressly told Defendant that its allegations of both parties' citizenship and of the amount in controversy were lacking.  (Doc. 15).  The Court also pointed out that Defendant's Notice of Removal was silent as to whether Defendant Tower Hill Prime Insurance Company consented to removal under 28 U.S.C. § 1446(b)(2)(A).  (Doc. 15).

The Court gave Defendant until July 29, 2024, to supplement its Notice of Removal and warned Defendant that "[f]ailure to comply with this Order will cause this case being remanded without further notice."  (Doc. 15).  Defendant has not supplemented its Notice of Removal, so Defendant has not carried its jurisdictional burden.

Accordingly, it is now

**ORDERED:**

1. This action is **REMANDED** to the Twentieth Judicial Circuit in and for Lee County, Florida.

2. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit in and for Lee County, Florida.

3. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on August 2, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3